IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JIMMY RAY ROLAND                                                    PLAINTIFF

v.                              4:17-cv-559-DPM

DOUGLAS B. STALLEY, Representative of
the Estate of Thomas Robert Ingraldi;
THOMAS I ROBERT; HEARTLAND
EXPRESS INC OF IOWA; and
John Doe and John Doe entity                                        DEFENDANTS

ORDER

1. Motion, № 15, denied with caveats. The accommodations made, and offered, by defendants are approved with a tweak. They address plaintiff's most significant issues. Plaintiff must disclose all expert opinions by 17 January 2019; Defendants must disclose all expert opinions by 8 February 2019. This case is first out for trial on 10 June 2019. Everything that needs doing between now and then cannot be done if the deadlines slip further.

2. The extra defendant—Thomas I. Robert—is dismissed.

3. Any *Daubert* motion is due by the deadline for dispositive motions: 12 March 2019.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 January 2019