# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JIMMY RAY ROLAND                                                  PLAINTIFF

v.                      No. 4:17-cv-559-DPM

DOUGLAS B. STALLEY, Representative of
the Estate of Thomas Robert Ingraldi;
HEARTLAND EXPRESS INC OF IOWA; and
John Doe and John Doe entity                             DEFENDANTS

## ORDER

1. For the reasons stated on the record at the 30 May 2019 hearing, the Court made the following rulings.

- Roland's motion *in limine*, № 20, is mostly granted and partly denied as follows.
    - 1. is denied as to Dr. Bennett and otherwise granted;
    - 2. is granted;
    - 3. is granted by agreement, with an exception for the prior medical discussed by Dr. Peeples;
    - 4. is granted with the caveat discussed and agreed. Dr. Peeples must hold back on alternative explanations, unless Roland opens the door;
    - 5. is granted by agreement;
    - 6. is granted;

- o 7. is granted except on the referral to Dr. Bennett;
- o 8. is granted by agreement;
- o 9. is granted by agreement;
- o 10. is granted by agreement;
- o 11. is denied;
- o 12. is granted by agreement;
- o 13. is granted by agreement; and
- o 14. is granted with a caveat. The Court will question potential jurors about attorney advertising during *voir dire*.

- Defendants' motion *in limine*, № 21, is mostly granted and partly denied. The parties have agreed to stipulate to Roland's medical records. Embedded hearsay should be redacted or the Court will give a limiting instruction. Dr. Calhoun should testify, either by deposition or at trial. Roland will clean up the life care testimony on future medical.

- Defendants' motion to exclude Dr. Bennett, № 30, is denied, but the Court grants alternative relief. Dr. Bennett must prepare a supplemental report by 13 June 2019. Defendants may take a supplemental deposition of Dr. Bennett at Roland's expense. Dr. Peeples may prepare a supplemental report, also at Roland's expense. Roland

may not mention or attempt to impeach Dr. Peeples regarding any change in his opinion resulting from Dr. Bennett's supplementation.

2. The trial is continued to 9 September 2019. An Amended Final Scheduling Order will issue. The parties should submit proposed areas for *voir dire* by 9 August 2019.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 June 2019