IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

RUDELL PARKER                                                      PLAINTIFF

v.                          No. 2:17-cv-10-DPM

TN WAY TRUCKING, INC.; and
JOHN SCARBROUGH, SR.                                               DEFENDANTS


JIMMY RAY ROLAND                                                   PLAINTIFF

v.                          No. 4:17-cv-559-DPM

DOUGLAS B. STALLEY, Representative of
the Estate of Thomas Robert Ingraldi;
HEARTLAND EXPRESS INC OF IOWA; and
John Doe and John Doe entity                                       DEFENDANTS


SHELTER INSURANCE COMPANY, INC.                                    PLAINTIFF

v.                          No. 3:18-cv-98-DPM

QUALITY FARM SUPPLY OF
JONESBORO, INC.                                                    DEFENDANT

ORDER

These three cases are set for trial on 9 September 2019 in the order listed. The Court will hold a joint pretrial in all three cases on 7 August 2019 in Courtroom B-155 of the Richard S. Arnold Courthouse

in Little Rock at 10:30 a.m.  The Final Scheduling Orders in *Parker*, № 25, *Roland*, № 43, and *Shelter*, № 12, are amended for good cause: all the pretrial filings, which were due on 8 or 9 August 2019, are now due 18 July 2019.  Any updates to the Roland pretrial materials, which have already been filed, are also due by 18 July 2019.  Note the hearing location.  These cases are pending in three divisions; Little Rock is the most convenient place for a joint hearing.

    So Ordered.

                                                    */s/ D.P. Marshall Jr.*
                                                    D.P. Marshall Jr.
                                                    United States District Judge

                                                    13 June 2019