# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JIMMY RAY ROLAND**                                      **PLAINTIFF**

**v.**                          **No. 4:17-cv-559-DPM**

**DOUGLAS B. STALLEY, Representative of
the Estate of Thomas Robert Ingraldi;
HEARTLAND EXPRESS INC OF IOWA; and
John Doe and John Doe entity**                          **DEFENDANTS**

## ORDER

The Court is attaching its working drafts of (1) the *voir dire*, (2) the preliminary instructions, (3) the final instructions, and (4) the verdict form. The Court appreciated the parties' proposals. Please file any objection to the *voir dire* and preliminary instructions by 4 September 2019. We'll work on the final instructions and verdict form during the trial. They're tentative. Please hold your thoughts on them until trial.

The Court notes the Doe defendants. The time to name them by amended pleading has passed. The Court will therefore dismiss them without prejudice unless another party objects by 4 September 2019.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

28 August 2019