# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JIMMY RAY ROLAND                                                PLAINTIFF

v.                       No. 4:17-cv-559-DPM

DOUGLAS B. STALLEY, Representative of
the Estate of Thomas Robert Ingraldi;
HEARTLAND EXPRESS INC OF IOWA                                   DEFENDANTS

## ORDER

For the reasons stated on the record at the 5 September 2019 hearing, Roland's motion for continuance, № 50, is denied with instructions.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 September 2019