# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JIMMY RAY ROLAND                                           PLAINTIFF

v.                          No. 4:17-cv-559-DPM

DOUGLAS B. STALLEY, Representative of
the Estate of Thomas Robert Ingraldi;
HEARTLAND EXPRESS INC OF IOWA; and
John Doe and John Doe entity.                             DEFENDANTS

## JUDGMENT

1. Roland's claims against defendants John Doe and John Doe entity are dismissed without prejudice.

2. The parties tried this case to a jury from 9 September 2019 to 12 September 2019. Twelve jurors were selected to serve; one was released by agreement mid-trial because of illness. After deliberations on September 12th, the eleven-person jury returned a unanimous verdict for defendants, № 72, which is incorporated. The Court enters judgment on the verdict for Douglas B. Stalley, representative of the Estate of Thomas Ingraldi, and Heartland Express Incorporated of Iowa. Roland's complaint is dismissed with prejudice. Defendants are entitled to their costs as allowed by law if they decide to seek them by motion. 28 U.S.C. § 1920; FED. R. CIV. P. 54(d). Any post-judgment motion, including one for costs, is due by 14 October 2019.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

*13 September 2019*